**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1814**

JAAMAL FLEMING,

Plaintiff - Appellant,

v.

VIRGINIA STATE UNIVERSITY; POLICIES AND PETITIONS COMMITTEE; ACADEMIC CREDIT COMMITTEE; KATRINA WALKER; COMMONWEALTH OF VIRGINIA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:17-cv-00411-JAG)

Submitted: December 29, 2017                    Decided: March 5, 2018

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jaamal Fleming, Appellant Pro Se.  Ramona Leigh Taylor, VIRGINIA STATE UNIVERSITY, Petersburg, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaamal Fleming appeals from the district court's order dismissing his civil action for breach of contract, defamation, and fraud for lack of subject matter jurisdiction based on Eleventh Amendment immunity. Appellees argue that the action is barred by the doctrine of res judicata. Assuming without deciding that the doctrine of res judicata does not bar Fleming's complaint, we conclude after review of the record that the district court did not reversibly err in determining that it lacked subject matter jurisdiction over the complaint. We therefore affirm the district court's dismissal decision. *Fleming v. Va. State Univ.*, No. 3:17-cv-00411-JAG (E.D. Va. June 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*